

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-15-00357-CR

| | | |
|---|---|---|
| DONDRE JOHNSON, Appellant | § | On Appeal from Criminal District Court No. 1 |
| | § | of Tarrant County (1415600R) |
| V. | § | May 23, 2019 |
| | § | Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REMAND

This appeal is on remand from the Court of Criminal Appeals.

This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment for Count Two. We modify the judgment for Count Two to delete the $10,000 fine, and we strike the corresponding $10,000 withdrawal notice and bill of cost. It is ordered that the judgments of the trial court are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel